Robert C. Huntley ISB#894 (Of Counsel)
Mary R. Grant ISB #8744
THE HUNTLEY LAW FIRM, PLLC
950 W. Bannock St., Suite 600
P.O. Box 2188
Boise, Idaho 83701
Telephone: 208-388-1230
Facsimile: 208-388-0234
rhuntley@huntleylaw.com
mgrant@huntleylaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| JAMES L. DAYE,<br><br>   Plaintiff,<br><br>v.<br><br>NAMPA SCHOOL DISTRICT #131,<br><br>   Defendant. | Case No. 1:19-cv-00026-WBS<br><br>**Joint Notice to Court Re Scheduled August 5th 2019 Scheduling Conference** |

    Counsel Jointly respectfully advise the Court that with regard to the Scheduling Conference set for August 5th at 2:30 pm, the parties remain satisfied with the Joint Plan accepted by Order of Judge Winmill in ECF 11.

    We further advise the Court we are satisfied with the Court entering its Order (with any desired amendments thereto) without the need for the August 5th conference.

    The parties have discussed conducting mediation and also agree to follow the Discovery Plan previously submitted to Judge Winmill.

Respectfully submitted this 23rd day of July 2019.

*/s/ Robert C. Huntley*　　　　　　　　　　*/s/ Bret A. Worther*
   Robert C. Huntley　　　　　　　　　　　Bret A. Worther
     *Attorney for Plaintiff*　　　　　　　　　*Attorney for Defendant*