Brian K. Julian – ISB No. 2360
Bret A. Walther - ISB No. 4721
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:   (208) 344-5510
E-Mail:   bjulian@ajhlaw.com
          bwalther@ajhlaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES L. DAYE<br><br>Plaintiff,<br><br>vs.<br><br>NAMPA SCHOOL DISTRICT NO. 131<br><br>Defendant. | Case No.: 1:19-cv-26<br><br>JOINT ADDENDUM TO LITIGATION PLAN |

## LITIGATION PLAN

Pursuant to the Court's Order dated April 9, 2019, the Parties hereby jointly submit the following information:

DATE OF SCHEDULING CONFERENCE: <u>August 5, 2019 (waived per Dkt. 15)</u>

CASE NO.: <u>1:19-cv-26WBS</u>     NATURE OF SUIT: <u>Race Discrimination</u>

CASE NAME: <u>Daye v. Nampa School District No. 131</u>

PARTY SUBMITTING PLAN:
    ☒ Plan **has been** stipulated to by all parties.
    ☐ Plan **has not been** stipulated to, but is submitted by:

    ATTORNEY: <u>Brian K. Julian</u>

    REPRESENTING: <u>Defendant</u>

1. **CASE MANAGEMENT TRACK**: Indicate the track that best fits your case. Designation of a track is not binding but will assist the Court in assessing its workload and selecting a trial date and discovery schedule that meets counsel's needs.

   - ☐ **Expedited Track** - Cases on this track will typically be set for trial approximately 9 to 12 months following the case management conference, take 4 days or less to try, and involve limited discovery.

   - ☒ **Standard Track** - Cases on this track will typically be set for trial approximately 12 to 15 months following the case management conference, take about 5-10 days to try, and involve typical discovery. **Most cases fall within this category.**

   - ☐ **Complex Track** - Cases on this track will typically be set for trial approximately 15 to 24 months following the case management conference, take more than 10 days to try, involve extensive discovery, and involve extensive expert testimony.

   - ☐ **Legal Track** - Cases that involve legal issues likely to be resolved by motion rather than trial. There will be little, if any, discovery. A motion hearing will be set at the case management conference.

2. **ADDENDUM TO LITIGATION PLAN**: Attach a joint addendum to this Litigation Plan that includes:

   **A.** **a brief summary of the claims;**
   This is a race discrimination claim brought pursuant to Title VII of the Civil Rights Act of 1964 alleging Plaintiff was not hired to serve as the head coach for the Nampa High School basketball team as a result of discrimination based on race.

   **B.** **a statement as to the status of service upon all defendants and cross defendants;**
   Service upon Defendant has been accomplished.

   **C.** **statement as to the possible joinder of additional parties;**
   The Parties do not anticipate joining additional parties.

   **D.** **any contemplated amendments to the pleadings.**
   The Parties do not contemplate amending the pleadings.

   **E.** **the statutory basis of jurisdiction and venue;**
   Jurisdiction is appropriate pursuant to 42 U.S.C. §2000e-5(f)(3); and venue is proper pursuant to 42 U.S.C. §2000e.

F. **any proposed modifications of standard pretrial proceedings due to the special nature of the action;**
The Parties have no proposed modifications of standard pretrial procedures.

G. **a statement as to whether the case is related to any other case, including any matters in bankruptcy;**
This matter is not related to any related cases filed in other jurisdictions.

H. **any other matters discussed in Local Rule 16-240 that may add to the just and expeditious disposition of this matters; and**
The Parties are not aware of any other matters discovered in local Rule 16-240 of the Eastern District of California that would add to the just and expeditious disposition of this matter.

I. **a statement by any nongovernmental corporate party identifying all of its parent and subsidiary corporations and listing any publicly held company that owns 10% or more of the party's stock.**
Not applicable as Defendant is a governmental entity pursuant to the laws of the State of Idaho and Plaintiff is an individual.

3. **DISCOVERY PLAN:**

   a. Initial Disclosures to be exchanged no later than: _completed_

   b. Plaintiff(s) to identify and disclose expert reports by: _September 20, 2019_

   Defendant(s) to identify and disclose expert reports by: _October 21, 2019_

   Parties to disclose rebuttal experts by: _November 4, 2019_

   c. Discovery Cut-Off Date: _November 19, 2019_

4. **DISPOSITIVE MOTIONS:**

   Date by which all motions shall be filed and heard: _February 10, 2020_

5. **ADR PLAN:**

   ADR plan to be filed with the ADR coordinator by: _November 10, 2019_
   The ADR Plan must indicate the form of ADR which will be utilized and the time frame within which it will be completed. Regardless of whether the parties choose mediation, a judicially-supervised settlement conference, or some other form of ADR, the Court strongly encourages the attorneys to schedule ADR early in the proceedings.

5. **TRIAL:**

   a. Proposed Trial Date: <u>June 22, 2020</u>

   b. Estimated Length of Trial: <u>Five (5) Days</u>

   c. Jury Demanded? <u>Yes</u>   If yes, jury demanded by which party? <u>Both</u>

DATED this 24th day of July, 2019.

        ANDERSON, JULIAN & HULL LLP

        By _[signature]_
        Brian K. Julian, Of the Firm
        Bret A. Walther, Of the Firm
        Attorneys for Defendant

DATED this 24th day of July, 2019.

        THE HUNTLEY LAW FIRM, PLLC

        By _/s/ Robert C. Huntley_
        Robert C. Huntley, Of the Firm
        Attorneys for Plaintiff

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 24th day of July, 2019, I served a true and correct copy of the foregoing **PROPOSED JOINT LITIGATION PLAN** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

Robert C. Huntley
Mary R. Grant
THE HUNTLEY LAW FIRM, PLLC
950 W. Bannock Street, Suite 600
P.O. Box 2188
Boise, ID 83701
T: (208) 388-1230
F: (208) 388-0234
E: rhuntley@huntleylaw.com
E: mgrant@huntleylaw.com
*Attorneys for Plaintiff*

☐ U.S. Mail, postage prepaid
☐ Hand-Delivered
☐ Overnight Mail
☐ Facsimile
☐ E-Mail
☒ ECF

/s/ Brian K. Julian