Brian K. Julian – ISB No. 2360
Bret A. Walther - ISB No. 4721
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:   (208) 344-5510
E-Mail:   bjulian@ajhlaw.com
     bwalther@ajhlaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES L. DAYE<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NAMPA SCHOOL DISTRICT NO. 131<br><br>　　　　　Defendant. | Case No.: 1:19-cv-26-WBS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Defendant, Nampa School District No. 131, by and through its counsel of record, Anderson, Julian & Hull, LLP, and Plaintiff, James L. Daye, by and through his counsel of record, The Huntley Law Firm, PLLC, and do hereby stipulate and agree that the above-entitled action having been fully compromised and settled, shall be dismissed with prejudice with regard to all claims against Defendants, with the parties each bearing their own attorney's fees and costs.

DATED this 26 day of September, 2019.

                              ANDERSON, JULIAN & HULL LLP

                              By _____
                              Bret A. Walther, Of the Firm
                              Attorneys for Defendant Nampa School District No. 131

DATED this 25 day of Sept, 2019.

                              THE HUNTLEY LAW FIRM, PLLC

                              By _____
                              Robert C. Huntley, Of the Firm
                              Attorneys for Plaintiff James L. Daye

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 26 day of September, 2019, I served a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | |
|---|---|
| Robert C. Huntley<br>Mary R. Grant<br>THE HUNTLEY LAW FIRM, PLLC<br>950 W. Bannock Street, Suite 600<br>P.O. Box 2188<br>Boise, ID 83701<br>T: (208) 388-1230<br>F: (208) 388-0234<br>E: rhuntley@huntleylaw.com<br>E: mgrant@huntleylaw.com<br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ E-Mail<br>☒ ECF |

_____
Bret A. Walther

STIPULATION FOR DISMISS WITH PREJUDICE - 2