Brian K. Julian – ISB No. 2360
Bret A. Walther - ISB No. 4721
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:   (208) 344-5510
E-Mail:       bjulian@ajhlaw.com
                    bwalther@ajhlaw.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES L. DAYE,<br><br>Plaintiff,<br><br>vs.<br><br>NAMPA SCHOOL DISTRICT NO. 131<br><br>Defendant. | Case No.: 1:19-cv-26-WBS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

This matter having come before the Court upon the parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, and this does order, adjudge and decree that the above-entitled cause be and the same hereby is dismissed with prejudice, with each party bearing its own attorney's fees and costs.

Dated:  September 27, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE